**SCHOEMAN UPDIKE KAUFMAN & GERBER LLP**
155 Willowbrook Boulevard, Suite 300
Wayne, New Jersey 07470
T: (973) 256-9000
*Attorneys for Defendant Wal-Mart Stores East, LP*
*(incorrectly named as "Wal-Mart Stores, Inc.")*

| | |
|---|---|
| DOMENICA BORZELLINO,<br><br>Plaintiff(s),<br><br>vs.<br><br>WAL-MART STORES, INC., JOHN DOE and/or JANE DOE and XYZ CORPORATIONS (said names being fictitious)<br><br>Defendant(s). | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No. 3:18-cv-10896-BRM-DEA<br><br>*Civil Action*<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES |

The matter in difference in the above action bearing Case No. 3:18-cv-10896-BRM-DEA having been amicably adjusted by and between Plaintiff and Defendant, Wal-Mart Stores East, LP, it is hereby stipulated and agreed that Plaintiff's Complaint be and hereby is dismissed in its entirety with prejudice and without attorney's fees or costs.

**WHITE AND WILLIAMS LLP**
1037 Raymond Blvd., Suite 230
Newark, New Jersey 07102
*Attorneys for Plaintiff,*
*Domenica Borzellino*

By: _____
Paul Piantino III, Esq.

Dated: 12-31-19

**SCHOEMAN UPDIKE KAUFMAN & GERBER LLP**
155 Willowbrook Blvd., Suite 300
Wayne, New Jersey 07470
*Attorneys for Defendant Wal-Mart Stores East, LP*
*(incorrectly named as "Wal-Mart Stores, Inc.")*

By: _____
Til J. Dallavalle, Esq.

Dated: 1/2/2020

It is so ordered this 2nd day of January, 2020

_____
Brian R. Martinotti, U.S.D.J.